*UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT*

March 9, 2006

**E R R A T A**

**Appeal No. 05-5032**

**GREENE V US**

Decided:  March 8, 2006                                           Precedential Opinion

Please correct the following citation at

- page 19, line 16, "**28 U.S.C. § 1341(a)(1)**", should read:  --**28 U.S.C. § 1346(a)(1)**,--

  and

- page 19, line 19, should read:  "**§ 1341(a)(1)**" should read --**§ 1346(a)(1)**--